UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS

Angela Sanchez-Knutson,

    Plaintiff,

vs.

Ford Motor Company,

    Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court on Plaintiff Angela Sanchez-Knutson's Motion for Class Certification [DE 5] and Defendant Ford Motor Company's Motion to Strike or Stay [DE 13]. The Court has considered the Motions, Plaintiff's Response [DE 18], and is otherwise fully advised in the premises.

Plaintiff filed the Motion for Class Certification [DE 5] approximately two weeks after filing the Complaint [DE 1]. The Court finds that a motion for class certification—even if held in abeyance pending discovery—is premature at this stage in the litigation. No responsive pleadings have been filed[1]. No discovery has occurred.

The Court acknowledges that Plaintiff is filing this Motion [DE 5] at the outset of the litigation, at least in part, to prevent Defendant from attempting a so-called "pick off" to moot Plaintiffs' claims. However, the "early practicable time" under Federal Rule of Civil Procedure 23(c)(1)(A) does not contemplate such a motion being filed at the outset of the litigation, where

---

[1] Defendant has filed a Motion to Dismiss [DE 19]. Defendant will not be required to file an Answer until, at minimum, after that Motion has been fully briefed and ruled on.

there is insufficient information in the record for the Court to make a proper determination of whether to certify the action as a class action. Moreover, the Court finds no cause to hold the Motion [DE 5] in abeyance. All parties in this action are on notice that Plaintiff wants to certify this matter as a class action. The Court is denying the Motion [DE 5] as premature on procedural grounds only; it makes no conclusions regarding the substance of the Motion [DE 5]. Any later motion by Defendant to dismiss for lack of subject matter jurisdiction based upon an offer of judgment made to the named Plaintiff is likely to be summarily denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Angela Sanchez-Knutson's Motion for Class Certification [DE 5] is **DENIED WITHOUT PREJUDICE** as premature;

2. Defendant Ford Motor Company's Motion to Strike or Stay [DE 13] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of July 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record