1. I am Steven P. Gaskin. I am with Applied Marketing Science, Inc. ("AMS"), a market research and consulting firm in Waltham, MA. I make this Declaration based upon my personal knowledge and under authority of 28 U.S.C. § 1746.

## I. Introduction and Qualifications

2. I am a Principal at AMS and have been at the company since 2004. I hold Bachelor of Science and Master of Science degrees in Management from the Sloan School of Management at Massachusetts Institute of Technology ("MIT"). I have co-authored a number of articles and papers in such top-ranked peer-reviewed publications as *Marketing Science* and *Management Science*. In addition, I have authored several conference presentations on aspects of conjoint analysis.

3. I have served as an expert witness in several legal disputes. I have been called upon primarily to project what customers would have done in different market scenarios and to measure the importance of product features. My professional qualifications and a list of cases in which I have testified within the last four years at deposition or trial are included in my Curriculum Vitae attached as Exhibit 1 to this declaration.

## II. Assignment

4. It is my understanding that a number of people who own or lease 2011 – 2015 Ford Explorers have lodged complaints with Ford Motor Company that, under certain conditions, exhaust gases leak into the passenger cabin. I was asked by counsel for Plaintiffs to describe the design a market research survey and analysis that would enable me to assess the value

1

that relevant customers place on the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint.[1]

### III. Overview of Methodology

5. The basic methodology that we selected is known as web-based conjoint analysis. Conjoint analysis enjoys wide use in the field of market research. The general idea behind conjoint analysis is that customers' preferences for a particular product are driven by features or descriptions of features embodied in that product. Customers are shown product profiles made up of features (or levels of features) and asked to indicate their preferences for these profiles. After the survey, the conjoint analysis uses data from the survey on the feature levels of the product profiles shown, and the resulting preferences or choices of respondents, to decompose respondent preferences for a product into the partial contribution of these feature levels ("partworths") to overall product utility[2] using appropriate statistical methods. The partworths for feature levels are identified with the estimation methods so that the partworths best predict respondents' preferences or choices from the survey. The price reduction needed to compensate for the loss of a feature, or the additional price customers would pay for the inclusion of a feature can then be calculated.

6. For this assignment, we would make use of a form of conjoint analysis known as Choice-Based Conjoint ("CBC") analysis. In CBC, customers are shown sets of product profiles (called "choice sets"), and asked to choose the profile that they would prefer to purchase if the choice set described the only products that were available. Conjoint analysis allows for the prediction of the probability that a respondent will choose any product profile that is

---

1 Docket Entry #85.
2 An economic term referring to the total satisfaction received from consuming a good or service.

2

described by the partworths and can do so for any competitive set of products. We can also simulate how choice shares would change in a market based on a change in overall price. CBC will allow us to determine the difference in value (measured in dollars) that customers place on a Ford Explorer with no exhaust leaking into the cabin compared to an otherwise identical Ford Explorer subject to the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint.

### IV. Sample and Questionnaire Description

7. The population we will target for this survey is Florida residents who indicate that they purchased or leased a Ford Explorer, model years 2011 – 2015.

8. After qualifying for the survey, respondents will be introduced to the conjoint task and to descriptions of the features (or, as they are often termed in conjoint analysis, attributes) that will be varied in the product profiles they will be seeing shortly in the survey. These descriptions will help ensure that respondents correctly understand what is meant by the attribute and level descriptions in the conjoint. The product, in this case, is a Ford Explorer of the most recent model year their household had purchased.

9. Then, during the conjoint exercise itself, respondents will view twelve choice sets, each containing three hypothetical Ford Explorers that are described by the combinations of the levels of the attributes. Respondents will be instructed to assume that the Ford Explorers shown do not vary on any characteristics not described by the attributes in the choice task. Once they have made a choice, we may also employ the "Dual Response None" option in the choice task, in which, after making their choice among the product profiles shown, they are asked, "Given your knowledge of the market, would you actually buy the option you selected above?"

10. The product attributes to be included in the conjoint choice task will be selected based on the results of exploratory interviews with relevant customers. The attributes and levels do not need to include every possible feature of a Ford Explorer. Their main purpose is to provide a reasonable and engaging choice task, and to help disguise the fact that our chief interest is in respondents' reaction to the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint. One of the attributes will be price, so that our willingness to pay calculations can be made.

11. To avoid order bias, attributes will be shown in a different order, chosen at random, for each respondent - except for price, which will always be last. Following completion of the twelve choice sets, respondents will be thanked and the survey will be completed.

## V. Description of Conjoint Results

12. The results obtained after conducting a conjoint analysis will allow me to calculate the value owners of 2011-2015 Ford Explorers place on the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint. Stated differently, I will be able to calculate the difference in the amount relevant customers are willing to pay for a Ford Explorer with no exhaust leaking into the cabin compared to the amount they are willing to pay for an otherwise identical Ford Explorer subject to the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint.

13. The scientific methodology that I will use to design, execute, and analyze conjoint surveys is sound, reliable, and valid. The results from the proposed conjoint analysis applications can be relied upon to draw inferences about the value to customers of product features such as the key feature in the present matter, the problems with exhaust leaking into the cabin outlined in the Second Amended Complaint.

4

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 3, 2015 in Waltham, Massachusetts.

Steven P. Gaskin                                                                                               Date

*Steven P. Gaskin*

_____                                                          August 3rd, 2015
                                                                                                                   _____

**Exhibit 1.**

**Steven P. Gaskin**
**Curriculum Vitae**

| | |
|---|---|
| Business Address: | Applied Marketing Science, Inc.<br>303 Wyman Street, Suite 205<br>Waltham, MA 02451<br>Work: (781) 250-6311<br>Cell: (781) 612-3226<br>Fax: (781) 684-0075 |
| E-mail: | sgaskin@ams-inc.com |
| Web address: | www.ams-inc.com |
| Home Address: | 50 Old Orchard Road<br>Sherborn, MA 01770<br>(508) 651-8396 |
| Education: | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, SLOAN SCHOOL OF MANAGEMENT, Master of Science in Management, June 1983. Brooks Prize for Best Master's Thesis.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Bachelor of Science in Management, June 1977. Naval ROTC Award for Outstanding Overall Achievement. |
| Career Positions: | |
| 2004-present | APPLIED MARKETING SCIENCE, INC., Waltham, MA<br>Principal. AMS is a marketing research and consulting organization with two main practices in which I consult and oversee projects 1) *Product And Process Improvement* which helps clients in a broad range of product and service industries identify and use the Voice of the Customer to develop new products and services and understand customer behavior and 2) *Litigation Services* which supports expert testimony related to surveys, including design, execution, analysis, reporting and critique of opposing expert reports. Cases include patent damage lawsuits regarding the valuation of particular product features using conjoint analysis, trademark, class action, and copyright. |
| 2000-2003 | ADPILOT, INC., New York City and Sherborn, MA<br>Chief Technology Officer. Provided consulting on marketing models for magazine advertising effectiveness, targeting for grocery store consumer promotions, and consumer packaged goods store/week/upc level promotion response. |

| | |
|---|---|
| 1992-2000 | THE DELPHI GROUP, INC., Sherborn, MA<br>President.  Provided consulting on marketing models for forecasting and promotion response to other market research firms, including the M/A/R/C Group, Adpilot, Inc., Silknet Software, Sandoz, Schering-Plough, Warner-Lambert, and Syncra Software.  Worked with marketing expert witnesses and economists on litigation research.   Winner of competition to become forecaster of new vehicle sales for all divisions worldwide for Ford Motor Company. |
| 1989-19922 | M/A/R/C, INC., Waltham, MA<br>Director of Research and Development.  Managed the Waltham, MA office.  Developed, sold and delivered marketing sciences model applications to Fortune 500 firms.  Developed and implemented the RAPIDS sales force sizing and allocation model for pharmaceutical companies around the world. |
| 1985-1989 | INFORMATION RESOURCES, INC., Waltham, MA<br>Director of Research and Development.  Rebuilt and enhanced the ASSESSOR new product forecasting model.  Participated in the early development of the Voice of the Customer methodology for generating customer needs. |
| 1982-1985 | MANAGEMENT DECISION SYSTEMS, INC., Waltham, MA<br>Director of Research and Development.   Responsible for the development and commercialization of numerous marketing science models including, CATALYST and DEFENDER. |
| 1977-1982 | UNITED STATES NAVY, Lieutenant aboard guided missile cruiser USS Leahy, CG-16.  Served as Gunnery Officer, Electronic Warfare Officer, and Intelligence Officer during cruises from San Diego to the Far East, Indian Ocean, Persian Gulf and Africa.  Top Secret Special Background Investigation clearance.  Managed extensive ship repairs in shipyard. |
| Publications: | Hauser, John R. and Steven P. Gaskin (1984).  "Application of the "DEFENDER" Consumer Model," *Marketing Science*, Vol. 3, No. 4.<br><br>Urban, Glen L., Theresa Carter, Steven Gaskin and Zofia Mucha (1986).  "Market Share Rewards to Pioneering Brands: An Empirical Analysis and Strategic Implications," *Management Science,* Vol. 32, No. 6 (June).<br><br>Gaskin, Steven, Theodoros Evgeniou and Daniel Bailiff (2007).  "Two-Stage Models:  Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods within the Consideration Set," *Proceedings of the Sawtooth Software 2007 Conference, Santa Rosa, CA.*<br><br>Hauser, John R., Min Ding and Steven P. Gaskin (2009).  "Non-compensatory (and Compensatory) Models of Consideration-Set Decisions," *Proceedings of the Sawtooth Software 2009 Conference, Delray Beach, FL* |

Hauser, John R., Abbie Griffin, Robert L. Klein, Gerald M. Katz, and Steven P. Gaskin (2010). "Quality Function Deployment (QFD)," *Wiley International Encyclopedia of Marketing, edited by Jagdish N. Sheth and Naresh K. Malhotra.*

Gaskin, Steven P., Abbie Griffin, John R. Hauser, Gerald M. Katz, and Robert L. Klein (2010). "Voice of the Customer," *Wiley International Encyclopedia of Marketing, edited by Jagdish N. Sheth and Naresh K. Malhotra.*

Ding, Min, John Hauser, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su and Steven Gaskin (2011). "Unstructured Direct Elicitation of non-compensatory and Compensatory Decision Rules," *Journal of Marketing Research*, Vol. 48 (February), 116-127.

Griffin, Abbie, Brett W. Josephson, Gary Lilien, Fred Wiersema, Barry Bayus, Rajesh Chandy, Ely Dahan, Steve Gaskin, Ajay Kohli, Christopher Miller, Ralph Oliva and Jelena Spanjol (2013). "Marketing's roles in innovation in business-to-business firms: Status, issues, and research agenda," *Marketing Letters,* Vol. 24 (May), 323-337.

| | |
|---|---|
| Expert Testimony | Barbara Schwab et al. v. Philip Morris USA, Inc. et al.<br>Case No. CV-04-1945 (JBW)(SMG), E.D. of New York<br>Light Cigarettes Litigation, deposed in connection with support of John Hauser, expert for plaintiffs<br><br>Computer Sciences Corporation v. Ascension Health<br>AAA No. 58-117-Y-00290-08<br>Customer Satisfaction Survey evaluation (2011 Report)<br><br>Linares et al. v Securitas Security Services, USA et al.<br>Superior Court, State of California, Los Angeles County<br>Employment Survey (2011 Report, deposed Sept. 14, 2011)<br><br>Devi Khoday and Danise Townsend, et al., v. Symantec Corp. and Digital River, Inc., United States District Court, District of Minnesota, 0:11-cv-00180 (JRT-FLN), Software Service Conjoint Analysis (2013 Report, deposed Aug. 15, 2013)<br><br>JDS Therapeutics, LLC and Nutrition 21, LLC, v. Pfizer Inc., Wyeth LLC, Wyeth Consumer Healthcare Ltd. and Wyeth Consumer Healthcare LLC, United States District Court, Southern District Of New York, Case No. |

8

1:12-cv-09002-JSR, Customer Survey evaluation (2013 Report, deposed Oct. 1, 2013)

Stone Creek, Inc. v. Omnia Italian Design and Bon-Ton Stores, Inc., United States District Court, District of Arizona, Case No. 13-cv-00688-NVW, Customer Survey evaluation (2014 Report, deposed March 25, 2014)

Shannon Adams, et al., vs. Target Corporation, United States District Court for the Central District of California, Case No. CV13-05944-GHK (PJWx), Conjoint Analysis Design (2014 Declaration, deposed September 26, 2014)

Veronica's Auto Insurance Services, Inc. v. Veronica's Services, Inc., United States District Court for the Central District of California, Case No. CV13-05445-ODW, Analysis of Store Location Data (2014 Report)

Eat Right Foods, Ltd. v. Whole Foods Market, Inc., Whole Foods Market Services, Inc., and Whole Foods Market Pacific Northwest, Inc., United States District Court for the Western District of Washington, Case No. 3:13-cv-06032, Confusion Survey and Survey Rebuttal (2015 Report, deposed May 8, 2015)

Professional Societies:   INFORMS (The Institute for Operations Research and Management Science)