UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Angela Sanchez-Knutson**,  Case No. 14-61344-CIV-DIMITROULEAS

   Plaintiff,

v.

**Ford Motor Company**

   Defendant.

_____/

## DECLARATION OF JEFFREY M. YEATMAN

I, Jeffrey M. Yeatman, hereby declare as follows:

I am over the age of eighteen and am competent to testify to the matters and facts set forth herein, which are within my personal knowledge.

1. I am a member of the Law Firm of DLA PIPER LLP (US), counsel to Ford Motor Company ("Ford") in this matter.

2. I submit this declaration in support of Ford's Motion in Limine to Exclude the Testimony of Steven Gaskin pursuant to Rule 702 of the Federal Rules of Civil Procedure.

3. Attached as Exhibit 1 are true correct copies of excerpts from the Transcript of the Hearing held on September 24, 2015 before Judge Dimitrouleas on Plaintiff's Motion for Class Certification.

4. Attached as Exhibit 2 is a true and correct copy of the Report of Steven Gaskin submitted by plaintiff's counsel on November 13, 2015.

5. Attached as Exhibit 3 is a true and correct copy of the report of David Harless and George Hoffer submitted by Defendant Ford in this matter on December 14, 2015.

6. Attached as Exhibit 4 is a true and correct copy of the deposition of Steven Gaskin taken in this matter on December 11, 2015.

7. Attached as Exhibit 5 is a true and correct copy of Exhibit I to the report of Steven Gaskins submitted by plaintiff's counsel on November 13, 2015.

8. Attached as Exhibit 6 is a true and correct copy of *Adams v. Target*, CV-13-5944-GHK, at *3 (C.D. Cal. Nov. 25, 2014).

9. Attached as Exhibit 7 is a true and correct copy of *In re NJOY, Inc.*, No. CV-14-00428-JFW (JEMx), (C.D. Cal. Feb. 2, 2016) ("*NJOY I I*").

10. Attached as Exhibit 8 are true and correct copies of excepts from the deposition of Dominique Hanssens, taken in this matter on January 13, 2016.

11. Attached as Exhibit 9 is a true and correct copy of the article by Bryan K. Orme *Getting Started with Conjoint Analysis*, 2d Ed., Research Publishers, 2010.

12. Attached as Exhibit 10 is a true and correct copy of the article by Bryan K. Orme, "Formulating Attributes and Levels in Conjoint Analysis," *Sawtooth Software Paper Series*, 2002.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 2/15/16

Jeffrey M. Yeatman

EAST\121437729.1