UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS/Snow

ANGELA SANCHEZ-KNUTSON,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.
_____/

### ORDER TO RESPOND

THIS CAUSE is before the Court on Defendant, Ford Motor Company's Motion to Strike Opinions and Analysis of Non-Disclosed Expert Colin Weir (ECF No. 216), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before April 25, 2016, the Plaintiff shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of April, 2016.

                                                             LURANA S. SNOW
                                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record