UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS/Snow

ANGELA SANCHEZ-KNUTSON,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant, Ford Motor Company's Motion to Strike Opinions and Analysis of Non-Disclosed Expert Colin Weir (ECF No. 216) which was referred to Lurana S. Snow, United States Magistrate Judge. A hearing on the Defendant's motion was held before the undersigned on May 18, 2016. After hearing the argument of counsel and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Court defers ruling on Ford's motion;

2. The Plaintiff shall produce to Ford the spreadsheets generated by Colin Weir and make him available for deposition on or before June 6, 2016;

3. The Plaintiff shall file a copy of transcript of Weir's deposition with the Court on or before June 15, 2016; and

4. The parties may supplement their papers also on or before June 15, 2016.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of May, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties