UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS

ANGELA SANCHEZ-KNUTSON,

    Plaintiff,

vs.

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER CANCELLING STATUS CONFERENCE;**
**SETTING DEADLINE FOR PRELIMINARY APPROVAL MOTION**

THIS CAUSE is before the Court upon Joint Status Report [DE 410], filed on August 8, 2016. The Court has carefully considered the Report and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The status conference scheduled for 10:30 A.M. on Friday, September 9, 2016 is hereby **CANCELLED**;

2. The joint motion for preliminary approval of a proposed settlement agreement and proposed order approving same shall be filed on or before **October 7, 2016**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of September, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record