UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS

ANGELA SANCHEZ-KNUTSON,

    Plaintiff,

vs.

FORD MOTOR COMPANY,

    Defendant.
_____/

## ORDER SETTING HEARING ON MOTION TO INTERVENE AND MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY APPROVAL

THIS CAUSE is before the Court upon David Schiesser's Motion to Intervene [DE 413], filed herein on October 6, 2016, and Plaintiff Angela Sanchez-Knutson's Motion for Conditional Certification of National Settlement Class, Preliminary Approval of National Class Settlement and Approval of Proposed Class Notice [DE 416], filed herein on October 11, 2016.  The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A hearing in this action regarding David Schiesser's Motion to Intervene [DE 413] and Plaintiff Angela Sanchez-Knutson's Motion for Conditional Certification of National Settlement Class, Preliminary Approval of National Class Settlement and Approval of Proposed Class Notice [DE 416] is hereby set for 10:30 A.M. on Thursday, November 17, 2016, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of October, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record