UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61344-CIV-DIMITROULEAS

ANGELA SANCHEZ-KNUTSON,

    Plaintiff,

vs.

FORD MOTOR COMPANY,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF AMENDMENT TO SETTLEMENT AGREEMENT AND CLASS NOTICES**

THIS CAUSE is before the Court upon Named Plaintiff Sanchez-Knutson and Defendant Ford Motor Company's Joint Motion for Preliminary Approval of Amendment to Settlement Agreement and Class Notices [DE 436], filed on February 17, 2017.  The Court has carefully considered the Motion, the attached exhibits, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Preliminary Approval of Amendment to Settlement Agreement and Class Notices [DE 436] is **GRANTED**.

2. The proposed Amendment to the Settlement Agreement [DE 436-1], the revised Short Form Class Notice [DE 436-2] and the revised Long Form Class Notice [DE 436-3] are hereby **PRELIMINARILY APPROVED**.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of February, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of record